FILED

07 NOV 30 PM 3:24

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2006 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. BRIAN DE LA CRUZ FLORES, Defendant. | Criminal Case No. '07 CR 3244 DMS<br>I N D I C T M E N T<br>Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation |

The grand jury charges:

Count 1

On or about October 30, 2007, within the Southern District of California, defendant BRIAN DE LA CRUZ FLORES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria Angelica Medel Tapia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

WDK:nlv:Imperial
11/29/07

Count 2

On or about October 30, 2007, within the Southern District of California, defendant BRIAN DE LA CRUZ FLORES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria Angelica Medel Tapia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

DATED: November 30, 2007.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
DOUGLAS KEEHN
Assistant U.S. Attorney