GARY P. BURCHAM
California Bar No. 190780
964 Fifth Avenue; Suite 300
San Diego, CA 92101
Telephone: (619) 699-5930

Attorney for Brian de la Cruz-Flores

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN DE LA CRUZ-FLORES,<br><br>Defendant. | Case No. 07CR3244-DMS<br><br>Date: January 11, 2008<br>Time: 2:00 p.m.<br><br>**NOTICE OF MOTIONS AND MOTIONS TO:**<br><br>**1) COMPEL DISCOVERY;**<br>**2) FILE FURTHER MOTIONS** |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, and
_______________, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that on Friday, January 11, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Brian de la Cruz-Floers, by and through his attorney, Gary P. Burcham, will ask this Court to enter an order granting the motions listed below.

//

//

//

//

//

//

**MOTIONS**

Brian de la Cruz-Flores, the defendant in this case, by and through his attorney, Gary P. Burcham, pursuant to the Amendments to the United States Constitution, Fed. R. Crim. P., and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to compel discovery;

2) to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: December 21, 2007

/s/ Gary P. Burcham
GARY P. BURCHAM
Attorney for Brian de la Cruz-Flores

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff-Appellee,<br>v.<br>BRIAN DE LA CRUZ-FLORES,<br>Defendant-Appellant. | U.S.D.C. No. 07CR3244-DMS<br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, GARY P. BURCHAM, am a citizen of the United States and am at least eighteen years of age. My business address is 964 Fifth Avenue, Suite 300, San Diego, CA 92101.

I am not a party to the above-entitled action. I have caused service of Defendant's Motion For Discovery and For Leave To File Further Motions on the following party or parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies him/her.

**United States Attorney's Office**
**Border Crimes Unit**
**880 Front Street**
**San Diego, CA 92101**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 21, 2007.

/s/ Gary P. Burcham
GARY P. BURCHAM