KAREN P. HEWITT
United States Attorney
AARON B. CLARK
Assistant U.S. Attorney
California State Bar No. 239764
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6787 / (619) 235-2757(Fax)
Email: aaron.clark@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRIAN DE LA CRUZ-FLORES,<br>Defendant. | Case No. 07-CR-3244DMS<br><br>JOINT MOTION TO CONTINUE MOTION HEARING TRIAL SETTING |

Good cause having been demonstrated, the parties, Gary Paul Burcham, counsel for Brian De La Cruz-Flores, along with Karen P. Hewitt, United States Attorney, and Aaron B. Clark, Assistant United States Attorney, hereby agree that the motion hearing and trial setting set for January 11, 2007 be rescheduled to Friday, January 18, 2008, at 11:00 a.m. The Defendant is currently in custody and the parties further agree that time is excludable until January 18, 2008.

DATED: January 10, 2007

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/*Aaron B. Clark*
Aaron B. Clark
Assistant United States Attorney

s/*Gary Paul Burcham*
Gary Paul Burcham.
Attorney for Brian De La Cruz-Flores

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRIAN DE LA CRUZ-FLORES,<br>Defendant. | ) | Case No. 07-CR-3244DMS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Aaron B. Clark, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Joint Motion to Continue Motion Hearing on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Gary Paul Burcham,

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 10, 2008.

s/*Aaron B. Clark*
Aaron B. Clark