PS 8
(8/88)

FILED
JAN 0 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# United States District Court
for
# SOUTHERN DISTRICT OF CALIFORNIA

**U. S. A. vs. DE LA CRUZ-FLORES, BRIAN** **Docket No. 07CR3244DMS-001**
**Register #01709-298**

## Petition for Action on Conditions of Pretrial Release

Comes now Carlos Gutierrez Pretrial Services Officer presenting an official report upon the conduct of defendant Brian De La Cruz-Fores who was placed under pretrial release supervision by the Honorable Peter C. Lewis sitting in the court at El Centro, on the third day of December, 2007, under the following conditions:

**General Conditions**: not commit a federal, state, or local crime during the period of release, and make all court appearances.

**Special Conditions**: restrict travel to Southern District of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; and actively seek and maintain full-time employment, schooling, or combination both.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Condition violated**: not commit a federal, state, or local crime during the period of release.

1. On January 3, 2008, the defendant was in possession of known stolen property as evidenced by Calexico Police Department incident report #08-0045.

**Grounds for violation**: On January 7, 2008, the undersigned received a copy of incident report #08-0045. My review on the incident report notes on January 3, 2008, at 10:23 p.m., Calexico Police Officer (PO) Rodriguez was dispatched to 968 G. Anaya Street, Calexico, California, in reference to a past occurred residential burglary. Upon arrival, PO Rodriguez contacted the victims who reported upon their arrival at their residence at 10:15 p.m. they noticed their home had been burglarized.

The victims reported the following items were stolen: one lab top computer, computer speakers, two wedding rings, two mens watches, one women's watch, Microsoft MP3 player, Microsoft MP3 Speakers, Tiffany bracelet, and a Tiffany necklace. The value of all the items totaled $5,600.

On that same date at 11:20 p.m., PO Garcia encountered three male subjects at the 200 block of G. Anaya Street. The subjects were standing by a parked vehicle. The subjects were identified as Brian De La Cruz-Flores (defendant), Julio Cesar Tovar, and Alan Vega (juvenile).

In plain view, PO Garcia saw a set of four computer speakers located inside the driver's side of the vehicle. PO Garcia noticed that the speakers matched the description given by the victim on the just occurred burglary. PO Rodriguez responded to the scene and asked the subjects who the property belonged to and Tovar stated the speakers were his. PO Rodriguez took the property back to the victims residence. Both victims identified the property as theirs. One victim went to the 200 block of Anaya Street to see if he could identify any other properties. Once at the scene, PO Garcia located a gray "Buloba" watch and a computer adapter. The victim stated the watch and the computer adapter was his.

Tovar, De La Cruz-Flores, and Vega were arrested for violation of California Penal Cod 496 (a): Receiving Known Stolen Property, and later transported to the Calexico Police Department for processing.

**PRAYING THAT THE COURT WILL ORDER A NO-BAIL BENCH WARRANT FOR THE DEFENDANT'S ARREST SO THAT HE MAY BE BROUGHT BEFORE THE COURT TO SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this 8th day of JANUARY, 2008 and ordered filed and made a part of the records in the above case.

________________________
U. S. Magistrate Judge Peter C. Lewis

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1-8-08

Respectfully,

________________________
Carlos Gutierrez, U.S. Pretrial Services Officer

Place El Centro, California

Date January 8, 2008