UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRIAN DE LA CRUZ-FLORES,<br>Defendant. | Case No. 07-CR-3244-DMS<br><br>ORDER CONTINUING MOTION HEARING AND TRIAL SETTING |

IT IS HEREBY ORDERED that the motion hearing and trial setting set for January 11, 2008 be rescheduled to Friday, January 18, 2008, at 11:00 a.m. The Court finds that the defendant is currently in custody, and that time is excludable given the pending motions on file.

IT IS SO ORDERED.

DATED: January 11, 2008

HON. DANA M. SABRAW
United States District Judge