AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED

1420171

UNITED STATES OF AMERICA

V.

08 JAN 15 AM 9: 19

WARRANT FOR ARREST

Brian De La Cruz Flores

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CASE NUMBER: 07cr3244 DMS

To: The United States Marshal
and any Authorized United States Officer

BY: DEPUTY

YOU ARE HEREBY COMMANDED to arrest Brian De La Cruz Flores

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition [ ] Pretrial Violation

charging him or her with (brief description of offense)

8:1324(a)(2)(B)(ii) - Bringing in Aliens for Financial Gain
18:2 - Aiding and Abetting
8:1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation

DATE 11/30/07
ARRESTED BY ICE, Calexico, CA
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY

RECEIVED
2007 NOV 30 P 4:08
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title See Above United States Code, Section(s)

W. Samuel Hamrick, Jr.
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

/s/ C Puttmann
Signature of Deputy

11/30/07; San Diego, California
Date and Location

Bail fixed at $ No Bail by The Honorable Anthony J. Battaglia

Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ______

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |

AUSA Clark
CBP
0303
60787