(EX PARTE)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 07CR3244-DMS |
| Plaintiff, | ) ) | |
| | ) ) | ORDER AUTHORIZING U.S. PROBATION TO DISCLOSE |
| BRIAN DE LA CRUZ-FLORES, | ) ) | DEFENDANT'S JUVENILE COURT RECORDS TO DEFENSE COUNSEL |
| Defendant. | ) ) | |

For good cause shown, it is hereby ORDERED that U.S. Probation is authorized to disclose any juvenile court records that it obtains for Defendant, Brian de la Cruz-Flores, to his defense counsel, Gary P. Burcham.

DATED: March 5, 2008

_____
HON. DANA M. SABRAW
United States District Judge