(EX PARTE)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br><br>BRIAN DE LA CRUZ-FLORES,<br><br>Defendant. | No. 07CR3244-DMS<br><br>ORDER AUTHORIZING U.S. PROBATION TO DISCLOSE DEFENDANT'S JUVENILE RECORDS AND DOCUMENTS TO DEFENSE COUNSEL |

For good cause shown, it is hereby ORDERED that U.S. Probation is authorized to disclose to Brian De la Cruz-Flores' defense counsel, Gary Burcham, any juvenile records or documents it obtains that pertain to Mr. De la Cruz-Flores.

DATED: March 6, 2008

HON. DANA M. SABRAW
United States District Judge