UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>BRIAN DE LA CRUZ-FLORES,<br>Defendant. | No. 07CR3244-DMS<br><br>JOINT MOTION TO CONTINUE SENTENCING HEARING DATE |

The parties in this case jointly move to continue the sentencing date in the case from April 18, 2008 at 9:00 a.m., to May 9, 2008, at 9:00 a.m.. This joint motion is made for the purpose of allowing defense counsel to obtain documents necessary for sentencing, and this date has been approved by this Court's courtroom deputy, Jamie Klosterman.

Dated: April 15, 2008

/s/ Gary Burcham
GARY BURCHAM
Counsel for Brian de la Cruz-Flores

Dated: April 15, 2008

/s/ Aaron Clark
AARON CLARK
Assistant United States Attorney

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff-Appellee,<br>v.<br>BRIAN DE LA CRUZ-FLORES,<br>Defendant-Appellant. | U.S.D.C. No. 07CR3244-DMS<br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, GARY P. BURCHAM, am a citizen of the United States and am at least eighteen years of age. My business address is 964 Fifth Avenue, Suite 300, San Diego, CA 92101.

I am not a party to the above-entitled action. I have caused service of the Joint Motion To Continue Sentencing Hearing Date on the following party or parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies him/her.

Aaron Clark, Esq.
Assistant United States Attorney
880 Front Street
San Diego, CA 92101

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2008.

s/ Gary P. Burcham
GARY P. BURCHAM