UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>BRIAN DE LA CRUZ-FLORES,<br>Defendant. | No. 07CR3244-DMS<br><br>ORDER CONTINUING SENTENCING HEARING DATE |

For good cause shown, it is hereby ORDERED that the sentencing hearing in this case is continued from April 18, 2008 at 9:00 a.m., to May 9, 2008, at 9:00 a.m..

DATED: April 15, 2008

HON. DANA M. SABRAW
United States District Judge